HARRY D. KOSTER, Respondent, *v.* BANCO MINERO DE BOLIVIA, Appearing Specially, Appellant. REPUBLIC OF BOLIVIA, Appearing Specially, Appellant.

Submitted October 4, 1954; decided October 7, 1954.

*Frank M. Rashap* for motion.
*Milton S. Gould* and *Alvin M. Stein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine an action or special proceeding within the meaning of the Constitution.